ACCEPTED
01-15-00160-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

**N0. 01-15-00160-CV**

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT

OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 12:00:00 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE INTEREST OF
## D.L.D., JR., L.L.S., J.J.S., H.N.S., CHILDREN

**J.T.D., AKA J.T.S., APPELLANT**

**VS.**

**DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, APPELLEE**

ON APPEAL FROM
THE 313TH DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2013-05778J

**NOTICE OF APPEARANCE OF APPELLATE COUNSEL AND APPELLANT'S UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW DONALD M. CRANE ("appellate counsel"),

appointed attorney ad litem on appeal for Appellant, J.T.D., aka J.T.S.,

respondent mother, and hereby files this notice of appearance of appellate counsel and unopposed motion for first extension of time to file appellant's brief, and in support thereof would respectfully show as follows:

## I.

Appellant's parental rights were terminated by a Decree for Termination signed by the Honorable Glenn H. Devlin, Presiding Judge, 313th District Court of Harris County, Texas, and entered February 3, 2015, styled: Cause No. 2013-05778J; *In the Interest of D.L.D., JR., L.L.S., J.J.S., H.N.S., Children;* In the District Court of Harris County, 313th Judicial District.

## II.

Appellant is presumed indigent and may proceed without advance payment of costs as provided by **Tex. R. App. P. 20.1(a)(3).**

**III.**

This is an accelerated appeal. Appellant's brief is due April 27, 2015.

The Clerk's Record and the Reporter's Record are in need of supplementation.

The undersigned is requesting an extension of time up to and including June 11, 2015, to prepare and file appellant's brief citing the undersigned's desire for additional time to review the record (and any supplementation) in this appeal.

Further, appellate counsel would show that good cause exists to grant the requested extension of time as he also is preparing the appellant's brief in Cause No. 14-15—00352-CV; styled: *In the Interest of S.S.B. and R.D., III, Children,* as well as the appellant's brief in Cause No. 01-15-00256-CV; styled: *In the Interest of M.B.M., and J.J.M., Children.*

Additionally, appellate counsel will be making several appearances in the district and probate courts of Harris County, Texas over the next several weeks.

Finally, this motion to extend time is filed in conformity with **Tex. R. App. P. 10.5.**

WHEREFORE, PREMISES CONSIDERED, J.T.D., aka J.T.S., Appellant, prays that the Court take notice that Donald M. Crane has been appointed her appellate counsel and, further, grant her unopposed motion for first extension of time to file appellant's brief up to and including June 11, 2015, as set forth above. Appellant prays for general relief.

Respectfully submitted,

**/s/ Donald M. Crane**
Donald M. Crane
810 South Mason Road, Suite 350
Katy, Texas 77450
Telephone (281) 392-6611
Facsimile (281) 392-5383
State Bar No. 05005900

donmcrane@gmail.com

ATTORNEY AD LITEM ON APPEAL FOR APPELLANT J.T.D., aka J.T.S.

## CERTIFICATE OF CONFERENCE

This motion is unopposed.

**/s/ Donald M. Crane**
Donald M. Crane

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2015, that a true and correct copy of the foregoing Notice of Appearance of Appellate Counsel and Unopposed Motion for First Extension of Time to File Appellant's Brief was served in accordance with the TRAP to Sandra Hachem, Sr. Assistant Harris County Attorney, counsel for DFPS by electronically delivery through prodoc e-Filing, on Susan Ryan Soliz, attorney ad litem, through e-Filing, on Theodore F. Trigg through e-Filing, on John S. Maisel through e-Filing, and James Mark Cooper through e-Filing.

Sandra D. Hachem,
Senior Assistant County Attorney
Attorney for Appellee,
Department of Family and Protective Services
1019 Congress Avenue, 15th Floor
Houston, Texas 77002-1700
Sandra.Hachem@cao.hctx.net
(713) 437-4700 fax

Susan Ryan Solis
2800 East Broadway, Suite C-518
Pearland, Texas 77581
(281) 317-9908 fax

Theodore F. Trigg
P.O. Box 10009
Houston, Texas 77206
(713) 956-7666 fax

John S. Maisel
917 Franklin Street, Suite 100
Houston, Texas 77002
(713) 228-4800 fax

James Mark Cooper
300 Fannin Street, Suite 220
Houston, Texas 77002-2030
(713) 4554-7710 fax

Rachel L. Gamez, CSR
Texas CSR 9222
Deputy Court Reporter
313th District Court
1200 Congress, 5th Floor
Houston, Texas 77002
(000) 000-0000 fax

**/s/ Donald M. Crane**
Donald M. Crane